J-S59020-19

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| BRANDON PATTERSON | : | |
| | : | |
| Appellant | : | No. 3432 EDA 2018 |

Appeal from the Judgment of Sentence Entered October 22, 2018
In the Court of Common Pleas of Philadelphia County Criminal Division at
No(s): CP-51-CR-0009603-2017

BEFORE: LAZARUS, J., NICHOLS, J., and McLAUGHLIN, J.

CONCURRING MEMORANDUM BY McLAUGHLIN, J.:

**FILED FEBRUARY 14, 2020**

I respectfully concur. I would not find Appellant's issue waived, as I conclude that at least his objection at trial was sufficient to preserve the issue. I think the basis of Appellant's objection was apparent, in the context of his pre-trial motion *in limine*. **See** Pa.R.E. 103(a)(1)(B). The trial judge similarly does not think he committed waiver, and indeed did not at trial ask for the basis of the objection. I nonetheless concur because I agree with the Majority that the issue is meritless, for the reasons the Majority states. I add that the trial court properly allowed the Commonwealth to introduce the evidence in fair response to Appellant's opening statement.